IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **JEFF SMOGER**<br> *Plaintiff*,<br><br>**v.**<br><br>**EXPERIAN INFORMATION SOLUTIONS,<br>INC and SOLAR MOSAIC LLC.**<br><br>  *Defendant*. | **Case No. 1:24-cv-00550** |

## NOTICE OF PENDING SETTLEMENT AS TO DEFENDANT
## EXPERIAN INFORMATION SOLUTIONS, INC.

Plaintiff, Jeff Smoger by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff and Defendant Experian Information Solutions, Inc., have reached a settlement of this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Plaintiff respectfully requests sixty (60) days to complete the necessary settlement paperwork and file the appropriate dismissal documents with the Court.

DATED: March 12, 2025.

Respectfully Submitted,

**JAFFER & ASSOCIATES, PLLC**

/s/ *Heather* Hersh
**Heather Hersh**
TX Bar No. 24025426
5301 Alpha Rd., Suite 80 -5
Dallas, Texas 75240
Phone: (214) 945-0000
Email: heather@jaffer.law
*Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of the foregoing document has been forwarded on March 12, 2025, to all parties in this matter in a manner approved by the rules.

<div align="center" style="margin-left:auto;margin-right:auto;">

<u>/s/ *Heather* Hersh</u>
**Heather Hersh**
Counsel for Plaintiff

</div>