**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| **JEFF SMOGER,**<br><br>    **Plaintiff**<br><br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.,**<br><br>    **Defendant**. | **Civil Action No: 1:24-cv-00550** |

## ORDER

In accordance with the parties' Joint Stipulation of Dismissal with Prejudice, the Plaintiff's causes of action against Defendant Experian Information Solutions, Inc., are hereby DISMISSED with prejudice, with court costs and attorneys' fees to be paid by the party incurring the same. The dismissal with prejudice is subject to the Defendant paying the settlement amount to the Plaintiff on or before June 13, 2025, failing which, the Plaintiff reserves his right to re-open the case.

DATED this __27th__ day of __May__ 2025.


_____
David Alan Ezra
Senior United States District Judge